# Exhibit 6

From: Doane, Amanda (DHHS) <DoaneA@michigan.gov>
Sent: Wednesday, November 16, 2022 11:25 AM
To: Machen, Shayne (DHHS) <MachenS@michigan.gov>; Warner, Jennifer (DHHS) <WarnerJ19@michigan.gov>
Cc: Goad, Sarah (DHHS) <GoadS@michigan.gov>; Doane, Amanda (DHHS) <DoaneA@michigan.gov>
Subject: Call from Jason Herzog

Shayne & Jennifer,

I wanted to let you know that I received a call from Jason Herzog (Averhealth) on November 14th. He called from a number unknown to me and I answered.

He said that he had some information for me and that he had some information to share with me. He said that he found out that the Attorney General's office had received a complaint regarding Averhealth going directly to the mass spectrometer for all Michigan DHHS tests and that they were not doing the initial screening of samples. He also indicated that the complaint was investigated and Averhealth was found in no way at fault and provided accurate results for Michigan clients. He made it sound like Averhealth was vindicated and perhaps Averhealth again provide drug testing services to MDHHS.

I told him again that I am not involved with the contract at this time and have no knowledge of any complaint or issues with Averhealth and only know that MDHHS suspended use of Averhealth while an investigation is completed. I have no idea who is investigating or where in the process the investigation is.

Just wanted to let you know.


Amanda Doane
Department Analyst
Bureau of Out-of-Home Services
Children's Services Agency
235 S. Grand Ave., Suite 510
Lansing, MI 48933
517-282-5273 work
DoaneA@michigan.gov



*Michigan has a public records law. Most written communications to or from state officials regarding state business are public records available to the public and media upon request. Your e-mail communications and any attachments to them may be subject to public disclosure. E-mail Confidentiality Notice: This message, including any attachments is intended solely for the use of the named recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure, or distribution of any confidential and/or privileged information contained in this e-mail is expressly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*