# Exhibit 8

From:     Harris, Toni (AG)
Sent:     Thu, 17 Nov 2022 14:11:53 +0000
To:     Warner, Jennifer (DHHS); Drysdale-Crown, Cassandra (AG); Cavanagh, Charles (AG)
Subject:     RE: Averhealth Contact Tonight

Thanks, Jennifer.

From: Warner, Jennifer (DHHS) <WarnerJ19@michigan.gov>
Sent: Thursday, November 17, 2022 9:08 AM
To: Drysdale-Crown, Cassandra (AG) <DrysdaleCrownC@michigan.gov>; Cavanagh, Charles (AG) <CavanaghC2@michigan.gov>
Cc: Harris, Toni (AG) <HarrisT19@michigan.gov>
Subject: FW: Averhealth Contact Tonight

FYI

From: Knezek, David (DHHS) <KnezekD@michigan.gov>
Sent: Wednesday, November 16, 2022 8:19 PM
To: Warner, Jennifer (DHHS) <WarnerJ19@michigan.gov>; Rick, Matthew (DHHS) <RickM@michigan.gov>; Brennan, Mary (DHHS) <BrennanM@michigan.gov>
Subject: RE: Averhealth Contact Tonight

Thanks, Jennifer. I will share as much with her.

From: Warner, Jennifer (DHHS) <WarnerJ19@michigan.gov>
Sent: Wednesday, November 16, 2022 8:17 PM
To: Knezek, David (DHHS) <KnezekD@michigan.gov>; Rick, Matthew (DHHS) <RickM@michigan.gov>; Brennan, Mary (DHHS) <BrennanM@michigan.gov>
Subject: Re: Averhealth Contact Tonight

[Redacted — MCL 15.243(1)(g)]

Have a good night. Thank you for keeping us posted.
Jennifer

From: Knezek, David (DHHS) <KnezekD@michigan.gov>
Sent: Wednesday, November 16, 2022 7:58:18 PM
To: Rick, Matthew (DHHS) <RickM@michigan.gov>; Warner, Jennifer (DHHS) <WarnerJ19@michigan.gov>; Brennan, Mary (DHHS) <BrennanM@michigan.gov>
Subject: Averhealth Contact Tonight

MICH01566

Good evening,

I was contacted this evening by Melissa McKinley, the Michigan lobbyist for Averhealth; Melissa works for the lobbying firm Kelley Cawthorne. She texted me at 9:20am today, asked if I had a couple minutes to chat, and after playing phone tag this evening, we spoke at 7:36pm for 6 minutes.

[REDACTED — MCL 15.243(1)(g)]

[REDACTED — MCL 15.243(1)(g)]

Thank you,

David


David Knezek
Senior Chief Deputy Director
Michigan Department of Health and Human Services