IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KATARZYNA FOULGER, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 4:22-CV-00878 |
| AVERTEST, LLC, | ) |
| d/b/a AVERHEALTH, | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF JAMIE L. BOYER

1. I, Jamie L. Boyer, am over the age of 18 and of sound mind. I submit this Declaration in support of Plaintiffs' Motion to Extend Deadlines and have personal knowledge of the information contained herein.

2. I am licensed to practice law in the State of Missouri and work for The Bruning Law Firm, which is co-counsel of record for Plaintiffs in the above-captioned case.

3. The parties have been exchanging written discovery for over a year. Recognizing this process has taken longer than planned, Plaintiffs requested a meet and confer with defense counsel to discuss the existing case management deadlines. This meet and confer occurred on January 3, 2024, via conference call.

4. Following this conference call, on February 2, 2024, Plaintiffs' counsel sent defense counsel new proposed deadlines, extending the existing due dates by six months or less.

5. Having received no response, Plaintiffs' counsel followed up with defense counsel on February 8, 2024. That same day, defense counsel responded they were working with their client to evaluate the proposal.

6. The parties participated in a second meet and confer conference call on February 15, 2024, to determine whether Defendant would consent to Plaintiffs' proposed deadlines.

Exhibit 1

7. On February 16, 2024, defense counsel rejected Plaintiffs' proposal and submitted one of its own, which essentially extended existing discovery deadlines by two months instead of the six months proposed by Plaintiffs. Notably, the defense proposal maintained the current trial date.

8. Plaintiffs do not believe the extension proposed by defense counsel is adequate and, as such, filed their Motion to Extend Deadlines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 19, 2024          */s/ Jamie L. Boyer*
                              Jamie L. Boyer