# Exhibit AA


COLLEGE of AMERICAN PATHOLOGISTS

May 25, 2021

Reference Number: 10459
CAP Number: 8729023
AU ID: 1690070

Michele Glinn, PhD
Avertest LLC d/b/a averhealth
Averhealth Laboratory
Suite A
2916 W. Marshall St
Richmond, VA 23230

Dear Dr. Glinn:

The College of American Pathologists' (CAP) Accreditation Programs has reviewed the inspector findings concerning the complaint that we received. The allegations were reviewed and determined to be not applicable to the testing performed under the CAP FDT program.

Please remember that CAP accreditation is not a substitute for the Laboratory's and its personnel's continuous in-depth monitoring which is essential to a safe and properly functioning laboratory. If you have any questions, please contact Amy Daniels, Technical Director, Accreditation Services at 800/323-4040, extension 7471.

Sincerely,

Earle S. Collum, MD, Complaints and Investigations Committee Chair
CAP Accreditation Programs

ESC/ajd

cc: Walter H. Henricks, MD, Chair, Commission on Laboratory Accreditation
Arthur M. Zebelman, PhD, Regional Commissioner
Amy Daniels, Technical Director, Accreditation Services

Δ π EXHIBIT 67
Deponent
Date 7-9-24 Rptr.
WWW.DEPOBOOKPRODUCTS.COM

CXCLNOTAPP

325 Waukegan Rd.
Northfield, IL 60093
800-323-4040 | cap.org

Confidential　　AH0048954