IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| KATARZYNA FOULGER, DAVID SHNITZER, TIFFANI PADILLA, STEPHEN PADILLA, RANDI HEKKEMA, JOSEPH HEKKEMA, ALEXANDRA HODOR, and NICOLE WHITE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AVERTEST, LLC d/b/a AVERHEALTH<br><br>　　　　Defendant. | Cause No: 4:22-CV-00878-SHL |

## ENTRY OF APPEARANCE

COMES NOW Attorney Scott T. Jansen of the law firm Armstrong Teasdale LLP and hereby enters his appearance on behalf of Defendant Avertest, LLC d/b/a Averhealth.

ARMSTRONG TEASDALE LLP

By: */s/ Scott T. Jansen*
Timothy J. Gearin     #39133MO
David G. Ott     #30449MO
Nicolas Cejas     #65829MO
Scott T. Jansen     #57393MO
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070   FAX: 314.237.1535
314.237.1535 (facsimile)
tgearin@atllp.com
dott@atllp.com
ncejas@atllp.com
sjansen@atllp.com
E-serveBTC@atllp.com

ATTORNEYS FOR DEFENDANT
AVERTEST, LLC D/B/A AVERHEALTH

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **28th** day of **August**, **2024**, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| Richard S. Cornfeld | Anthony S. Bruning |
| Daniel S. Levy | Anthony S. Bruning, Jr. |
| Goldenberg Heller & Antognoli, P.C. | Ryan L. Bruning |
| 2227 South State Route 157 | Jamie L. Boyer *(PHV pending)* |
| Edwardsville, IL  62025 | The Bruning Law Firm, LLC 555 |
| rick@ghalaw.com | Washington Avenue, Suite 600 |
| daniel@ghalaw.com | St. Louis, Missouri 63101 |
| roxie@ghalaw.com | tony@bruninglegal.com |
| *Attorneys for Plaintiffs* | aj@bruninglegal.com |
| | ryan@bruninglegal.com |
| | jamie@bruninglegal.com |
| | makenzie@bruninglegal.com |
| | dominic@bruninglegal.com |
| | |
| | *Attorneys for Plaintiffs* |

| | |
|---|---|
| J.C. Pleban<br>C. John Pleban<br>Pleban & Associates Law, LLC<br>2010 South Big Bend Blvd.<br>St. Louis, MO 63117<br>jc@plebanlaw.com<br>cpleban@plebanlaw.com<br>maubuchon@plebanlaw.com<br>*Attorneys for Plaintiff* | Mike Arias<br>Arnold Chen-Yuan Wang<br>Michael Anthony Jenkins<br>Elvin Cruz<br>Arias Sanguinetti Wang & Torrijos, LLP<br>6701 Center Drive West, 14th Floor<br>Los Angeles, California 90045<br>mike@aswtlawyers.com<br>arnold@aswtlawyers.com<br>anthony@aswtlawyers.com<br>ladonna@aswtlawyers.com<br>elvin@aswtlawyers.com<br>*Pro Hac Vice Attorneys for Plaintiffs* |

                                                    */s/ Scott T. Jansen*