# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| KATARZYNA FOULGER, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:22-CV-00878 |
| AVERTEST, LLC, ) | |
| d/b/a AVERHEALTH, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO WITHDRAW

The law firm Goldenberg Heller & Antognoli, P.C., moves to withdraw as counsel for Plaintiffs. The reason for this motion is Richard S. Cornfeld's retirement from the active practice of law. All other counsel for Plaintiffs will continue to represent them in this case.

**GOLDENBERG HELLER &
ANTOGNOLI, P.C.**

By:/s/*Richard S. Cornfeld*
Richard S. Cornfeld, #31046MO
2227 S. State Route 157
Edwardsville, Illinois 62025
618.656.5150
rick@ghalaw.com

And

Anthony S. Bruning, #30906MO
Anthony S. Bruning, Jr., #60200MO
Ryan L. Bruning, #62773MO
THE BRUNING LAW FIRM, LLC
555 Washington Avenue, Suite 600
St. Louis, Missouri 63101
P. 314-735-8100 / F. 314-898-3078
tony@bruninglegal.com
aj@bruninglegal.com
ryan@bruninglegal.com

And

J.C. Pleban, MO Bar No. 63166
jc@plebanlaw.com
C. John Pleban, Mo. Bar No. 24190
cpleban@plebanlaw.com
Pleban & Associates Law LLC
2010 South Big Bend Blvd.
St. Louis, MO  63117
(314) 645-6666 – Telephone
(314) 645-7376 – Facsimile

And

Mike Arias, #115385(CA)
Arnold Wang, #204431(CA)
Craig S. Momita #163347(CA)
Arias Sanguinetti Wang & Team, LLP
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Tel: (310) 844-9696 / Fax: (310) 861-0168
mike@aswtlawyers.com
arnold@aswtlawyers.com
craig@aswtlawyers.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, the foregoing was served by operation of the Court's electronic filing system on all counsel of record in this matter.

*/s/ Richard S. Cornfeld*

2